Index of Exhibits

1     2015 PA 265 (SB13 as passed Senate 12/16/2015)

2     Stewart MIT Study

3     C. Thomas email re Exhibit 2

4     Press reports re lines at polls

5     Presidential Commission Report

6     Mt. Clemens City ballot

7     City of Lansing ballot

8     Salem Township ballot

9     City of Detroit 2012 ballot

10    Metzger Report

11    SB13 Legislative Record of Actions

12    Senate Legislative Analysis

13    House Legislative Analysis

14    Declarations of Baxter, Rozell, Swope and Lansdown

15    May 23, 2016 Gongwer Report

16    Weiser remarks

17    Pappageorge remarks