UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHIGAN STATE A. PHILIP RANDOLPH INSTITUTE, et al

        Plaintiff(s),

v.

RUTH JOHNSON

        Defendant(s).
_____/

Case No. 2:16-cv-11844

Judge Gershwin A. Drain

Magistrate Judge Mona K. Majzoub

## NOTICE OF APPEAL

Notice is hereby given that __Defendant Ruth Johnson__ appeals to the United States Court of Appeals for the Sixth Circuit from the: ☐ Judgment  ☐ Order

☑ Other: __Order for Preliminary Injunction (R. 30)__

entered in this action on __August 1, 2016__.

Date: August 2, 2016

Counsel is: RETAINED

s/Denise C. Barton

P41535
MI Dept of Attorney General
P.O. Box 30736
Lansing, MI 48909
517.373.6434
bartond@michigan.gov

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.