UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP RANDOLPH
INSTITUTE, COMMON CAUSE, MARY LANSDOWN,
ERIN COMARTIN, and DION WILLIAMS,

    Plaintiffs,                                    No. 2:16-cv-11844
                                                        Hon. Gershwin Drain

v.

RUTH JOHNSON, in her official
capacity as Michigan Secretary of State,

    Defendant.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW COME Plaintiffs Michigan State A. Philip Randolph Institute, Common Cause, Mary Lansdown, Erin CoMartin and Dion Williams through their attorneys Goodman Acker, P.C. and Sachs Waldman, P.C. and move the court, pursuant to FRCP Rule 15(a)(2), for leave to file their Second Amended Complaint, attached hereto.

Concurrence of opposing counsel was sought and denied.

1

Respectfully submitted,

| | |
|---|---|
| SACHS WALDMAN, P.C. | GOODMAN ACKER, P.C. |
| */s/ Mary Ellen Gurewitz* | */s/ Mark Brewer* |
| Mary Ellen Gurewitz (P25724) | Mark Brewer (P35661) |
| 2211 E. Jefferson Avenue | 17000 W. Ten Mile Road, 2nd Floor |
| Detroit, MI 48207 | Southfield, MI 48075 |
| (313) 965-3464 | (248) 483-5000 |
| megurewitz@sachswaldman.com | mbrewer@goodmanacker.com |

Dated: November 14, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP RANDOLPH
INSTITUTE, COMMON CAUSE, MARY LANSDOWN,
ERIN COMARTIN, and DION WILLIAMS,

    Plaintiffs,　　　　　　　　　　　　　　No. 2:16-cv-11844
    　　　　　　　　　　　　　　　　　　　　Hon. Gershwin Drain

v.

RUTH JOHNSON, in her official
capacity as Michigan Secretary of State,

    Defendant.

_____/

**BRIEF IN SUPPORT OF MOTION FOR LEAVE
TO FILE SECOND AMENDED COMPLAINT**

    This is the first substantive amendment to the complaint, and it is filed when a responsive pleading has not yet been filed. FRCP Rule 15(a)(2) states that, "The court should freely give leave when justice so requires." Justice requires that leave be granted here.

| | |
|---|---|
| SACHS WALDMAN, P.C. | GOODMAN ACKER, P.C. |
| */s/ Mary Ellen Gurewitz* | */s/ Mark Brewer* |
| Mary Ellen Gurewitz (P25724) | Mark Brewer (P35661) |
| 2211 E. Jefferson Avenue | 17000 W. Ten Mile Road, 2nd Floor |
| Detroit, MI 48207 | Southfield, MI 48075 |
| (313) 965-3464 | (248) 483-5000 |
| megurewitz@sachswaldman.com | mbrewer@goodmanacker.com |

Dated: November 14, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system on this 14th day of November 2016, which will send notice of this filing to all registered parties via electronic transmission.

                              SACHS WALDMAN, P.C.

                              */s/ Mary Ellen Gurewitz*
                              Mary Ellen Gurewitz (P25724)
                              2211 East Jefferson Avenue, Suite 200
                              Detroit, MI 48207
                              (313) 496-9420
                              megurewitz@sachswaldman.com

Dated: November 14, 2016