UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP RANDOLPH
INSTITUTE, MARY LANSDOWN, ERIN
COMARTIN, DION WILLIAMS and
COMMON CAUSE,

    Plaintiffs,

v.

RUTH JOHNSON, in her official capacity
as Michigan Secretary of State,

    Defendant.

Case No. 16-cv-11844

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MONA K. MAJZOUB

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO EXTEND THE DISCOVERY CUTOFF, AND AMENDING SCHEDULING ORDER

Presently before the Court is Plaintiffs' Motion to Extend the Discovery Cutoff, filed on August 14, 2017. Upon review of the parties' pleadings on this motion, the Court finds good cause exists for granting the requested relief in part. However, there will be no further adjournment of the case schedule.

Accordingly, the following dates shall govern in this matter:

Discovery Cutoff:                         September 29, 2017

Dispositive Motion Cutoff:             October 16, 2017

| | |
|---|---|
| Motions *in Limine* due: | December 15, 2017 |
| Final Pretrial Order due: | January 16, 2018 |
| Final Pretrial Conference: | January 23, 2018 at 2:00 p.m. |
| Trial: | February 6, 2018 at 9:00 a.m. |

Accordingly, Plaintiffs' Motion to Extend the Discovery Cutoff [#82] is GRANTED IN PART.

SO ORDERED.

Dated:  September 8, 2017                                /Gershwin A. Drain
                                                                         GERSHWIN A. DRAIN
                                                                         United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 8, 2017, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk