UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP
RANDOLPH INSTITUTE, COMMON
CAUSE, MARY LANSDOWN, ERIN
COMARTIN and DION WILLIAMS,

    Plaintiffs,

v

RUTH JOHNSON, in her official capacity
as Michigan Secretary of State,

    Defendant.

No. 2:16-cv-11844

HON. GERSHWIN A. DRAIN

MAG. MONA K. MAJZOUB

**ERRATA**

_____/

Mark C. Brewer (P35661)
Attorney for Plaintiffs
17000 West Ten Mile Road, 2nd Floor
Southfield, Michigan 48075
248.483.5000

Mary Ellen Gurewitz (P25724)
Attorney for Plaintiffs
2211 East Jefferson Avenue
Detroit, Michigan 48207
313.965.3464

Denise C. Barton (P41535)
Rock Wood (P41181)
Adam Fracassi (P79546)
Elizabeth R. Husa Briggs (P73907)
Kendell Asbenson (P81747)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.373.6434

_____/

# ERRATA

On October 16, 2017, Defendant filed a Motion and Brief for Summary Judgment (R. 102). Page 52 of the brief contains a clerical error on the fourth line, See Aff. Christopher Thomas, Ex. 22; which should read See Aff. Christopher Thomas Ex. **24**. The replacement to this page (Page ID # 1820) is attached.

Respectfully submitted,

BILL SCHUETTE
Attorney General

*s/Denise C. Barton*
Denise C. Barton (P41535)
Rock Wood (P41181)
Adam Fracassi (P79546)
Elizabeth R. Husa Briggs (P73907)
Kendell Asbenson (P81747)
Assistant Attorneys General
Attorneys for Defendant Secretary of
   State Ruth Johnson
P. O. Box 30736
Lansing, Michigan  48909
517.373.6434
Email:  bartond@michigan.gov
(P41535)

Dated:    October 26, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing of the foregoing document as well as via US Mail to all non-ECF participants.

          *s/Denise C. Barton*
          Denise C. Barton (P41535)
          P.O. Box 30736
          Lansing, Michigan  48909
          517.373.6434
          Email:  bartond@michigan.gov
          P41535