UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP
RANDOLPH INSTITUTE,
COMMON CAUSE, MARY
LANSDOWN, ERIN COMARTIN
and DION WILLIAMS,

No. 2:16-cv-11844

HON. GERSHWIN A. DRAIN

MAG. MONA K. MAJZOUB

     Plaintiffs,

v

RUTH JOHNSON, in her official
capacity as Michigan Secretary of
State,

**STIPULATED ORDER
EXTENDING TIME FOR
DEFENDANT'S REPLY TO
PLAINTIFFS' RESPONSE
TO MOTION FOR
SUMMARY JUDGMENT**

     Defendant._____/

Mark C. Brewer (P35661)
Attorney for Plaintiffs
17000 West Ten Mile Road, 2nd Floor
Southfield, Michigan  48075
248.483.5000

Mary Ellen Gurewitz (P25724)
Attorney for Plaintiffs
2211 East Jefferson Avenue
Detroit, Michigan  48207
313.965.3464

Denise C. Barton (P41535)
Rock Wood (P41181)
Adam Fracassi (P79546)
Kendell Asbenson (P81747)
Joseph Y. Ho (P77390)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan  48909
517.373.6434

_____/

## STIPULATED ORDER EXTENDING TIME FOR DEFENDANT'S REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT

The parties hereby stipulate and agree to extend the time for Defendant's Reply to Plaintiffs' Response to Motion for Summary Judgment from November 27, 2017 to November 30, 2017;

**IT IS ORDERED** that Defendants' Reply to Plaintiffs' Response to Motion for Summary Judgment is extended from November 27, 2017 to November 30, 2017.

Date: November 17, 2017          /s/Gershwin A Drain
                                 HON. GERSHWIN A. DRAIN
                                 District Court Judge

The parties, through their respective counsel, stipulate to the entry of the above order.

_s/Mary Ellen Gurewitz (w/consent)_          _s/Denise C. Barton_
Mary Ellen Gurewitz (P25724)                 Denise C. Barton (P41535)
Attorney for Plaintiffs                      Assistant Attorney General
                                             Attorney for Defendant