UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP RANDOLPH INSTITUTE, MARY LANSDOWN, ERIN COMARTIN, DION WILLIAMS and COMMON CAUSE,

    Plaintiffs,

v.

RUTH JOHNSON, in her official capacity as Michigan Secretary of State,

    Defendant.

Case No. 16-cv-11844

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MONA K. MAJZOUB

_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [111]**

Presently before the Court is Defendant's Motion for Leave to Exceed Page Limit for Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment [111], filed on November 28, 2017. Local Rule 7.1(d)(3)(B) imposes a limit of seven (7) pages for reply briefs. For Defendant's brief in reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment, Defendant requests that the Court extend the page limit to seventeen (17) pages. Dkt. 111, p. 2 (Pg. ID 2646).

1

Because the Court extended the page limit for the other pleadings on Defendant's Motion for Summary Judgment, the Court finds that there is good cause for granting in part and denying in part Defendant's requested relief. *See* Dkt. Nos. 101, 107. Therefore, the Court will extend Defendant's page limit for the reply to twelve (12) pages.

Accordingly, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's Motion for Leave to Exceed Page Limit for Reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment [111].

SO ORDERED.

Dated: November 30, 2017 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 30, 2017, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk