UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michigan State A. Philip
Randolph Institute, et al.,

                  Plaintiff(s),

v.                                      Case No. 2:16−cv−11844−GAD−MKM
                                             Hon. Gershwin A. Drain

Ruth A. Johnson,

                  Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion to Strike − #113

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Mona K. Majzoub *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

    Motion will be decided upon by the briefs unless otherwise ordered by the Court.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                By: s/Leanne Hosking
                                                                      Case Manager

Dated:   December 14, 2017