UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP RANDOLPH
INSTITUTE, MARY LANSDOWN, ERIN
COMARTIN, DION WILLIAMS and
COMMON CAUSE,

                                            Case No. 16-cv-11844

            Plaintiffs,

                                            UNITED STATES DISTRICT COURT JUDGE
            v.                              GERSHWIN A. DRAIN

RUTH JOHNSON, in her official capacity       UNITED STATES MAGISTRATE JUDGE
as Michigan Secretary of State,              MONA K. MAJZOUB

            Defendant.
_____/

### FIFTH AMENDED SCHEDULING ORDER [122]

The Court held a telephone conference with the parties on Tuesday, January

30, 2018 to discuss trial proceedings.  *See* Dkt. No. 126.  Based on this conference,

the Court will amend the Scheduling Order [122] as follows:

|  |  |
|---|---|
| Final Joint Pretrial Order Due: | February 9, 2018 |
| Hearing on Evidentiary Objections: | February 15, 2018 at 9:00 a.m. |
| Final Pretrial Conference: | February 22, 2018 at 2:00 p.m. |
| Opening Statements: | March 13, 2018 at 9:00 a.m. |
| Plaintiffs' Trial Submission Due: | March 15, 2018 |

Defendant's Response to Plaintiffs'
Trial Submission Due:                    March 29, 2018

Plaintiffs' Reply in Support
Trial Submission Due:                    April 13, 2018

Closing Arguments:                       April 18, 2018 at 9:00 a.m.

Additionally, each party's first trial submission now may not exceed thirty-five (35)

pages, and the Plaintiffs' Reply Trial Submission may not exceed ten (10) pages.[1]

IT IS SO ORDERED.

Dated:  January 31, 2018                  /s/Gershwin A. Drain
                                          GERSHWIN A. DRAIN
                                          United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 31, 2018, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk

---

[1]  As before, trial submissions need only include arguments on the law.  Any evidence, including deposition transcripts and expert reports, may be added to the trial submissions as attachments.

2