UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN STATE A. PHILIP RANDOLPH INSTITUTE, MARY LANSDOWN, ERIN COMARTIN, DION WILLIAMS and COMMON CAUSE,

    Plaintiffs,

v.

RUTH JOHNSON, in her official capacity as Michigan Secretary of State,

    Defendant.
_____/

Case No. 16-cv-11844

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
MONA K. MAJZOUB

## ORDER CANCELING CLOSING ARGUMENTS [143]

Closing arguments in this matter were scheduled for Tuesday, May 22, 2018 at 11:00 a.m.  *See* Dkt. No. 143.  The Court, however, will cancel closing arguments and will decide the matter on the submitted materials.

    IT IS SO ORDERED.

Dated:  May 21, 2018

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 21, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk